Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Raymond Harper obo Louise Harper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-1092 **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| Raymond Harper obo Louise Harper, Plaintiffs, vs. Pfizer, Inc., et al. Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (RAYMOND HARPER obo LOUISE HARPER) and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with

each side bearing its own attorneys' fees and costs.

DATED:  February 20, 2009

By: _____

Attorneys for Plaintiff, Raymond Harper obo Louise
Harper

-1-

DATED: <u>May 11</u>, 2009        DLA PIPER US LLP

By:_____
          Michelle Sadowsky
          Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: <u>May 19, 2009</u>        _____
                                  Hon. Charles R. Breyer
                                  United States District Court



-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/6190655v.1